**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:22-CR-30007-NMG |
| VICENTE GONZALEZ, | |
| Defendant | |

## <u>MOTION TO CONTINUE SENTENCING HEARING</u>

Now comes the Defendant, Vicente Gonzalez, and hereby moves this Honorable Court to continue his sentencing hearing, currently scheduled for April 24, 2026, for 60 days.

As grounds therefore, Mr. Gonzalez has engaged counsel to file a motion to vacate his 2008 drug convictions in the Hampden County Superior Court, 07-0561 and 07-0567 (¶ 107 and 108 of the PSR). Motion to Vacate attached as Exhibit 1. The motion to vacate is based on the fact that those two convictions were part of plea deal that was packaged together with a third indictment, 07-0379 (¶ 121-122 of PSR). In 2018 and 2020, indictment no. 07-0379 was vacated and dismissed pursuant to the Amherst Drug Lab/Sonja Farak scandal. The vacated indictment was the earliest, "lead" charge and more serious of the three. As part of the package plea deal, Mr. Gonzalez was unable to fully litigate motions to suppress in 07-0561 and 07-0567—which he had already been done in the 07-0379 indictment—and gave up many other important rights without full knowledge of his position. His plea to those two indictments was not made intelligently and voluntarily.

His attorney has already filed the Motion to Vacate, and the Commonwealth's response is due on April 17. The Defendant is requesting additional time to allow the process in Superior Court to play out. These motions are critical to the Defendant's sentencing because the 2008 convictions are predicates for a Career Offender designation under the U.S. Sentencing Guidelines. If the Court were to deny this Motion to Continue it would significantly prejudice the Defendant by increasing his Guideline range as a Career Offender without the opportunity to examine whether his 2008 convictions were just and proper.

The Government, on the other hand, is not prejudiced by a continuance. Mr. Gonzalez is still currently in custody at the Wyatt Detention Center in Central Falls, Rhode Island, and has no prospect of being released prior to his sentencing hearing, at whatever time that may be.

### Rule 7.1(a)(2) Certification

The Defendant has conferred with counsel for the Government, AUSA Neil Desroches, who opposes the requested continuance.

**WHEREFORE**, the Defendant respectfully requests his sentencing to be continued for an additional 60 days to allow the Superior Court to rule on Mr. Gonzalez' Motion to Vacate.

Respectfully submitted,
Vicente Gonzalez
By his attorney,

*/s/ Evan Capps*
Evan Capps, BBO No. 697514
MS Defenders
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
ecapps@msdefenders.com

Dated: April 10, 2026

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the forgoing document was served by CM/ECF on all counsel of record on April 10, 2026.

*/s/ Evan Capps*
Evan Capps