| CRIMINAL DOCKET | DOCKET NUMBER 1545CR000305 | NO. OF COUNTS 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| | | | |
|---|---|---|---|
| DEFENDANT NAME AND ADDRESS<br>Vincente Gonzalez<br>576 South East Street<br>Apt 2L<br>HOLYOKE, MA 01040 | DOB<br>03/05/1981<br>DATE COMPLAINT ISSUED<br>03/16/2015<br>PRECOMPLAINT ARREST DATE<br>03/14/2015 | GENDER<br>Male | COURT NAME & ADDRESS<br>Northampton District Court<br>15 Gothic Street<br>Northampton, MA 01060<br>INTERPRETER REQUIRED |

FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 140/131J | ELECTRIC STUN GUN, SELL/POSSESS c140 §31J | 03/14/2015 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| TGL Andrea Pavlos-4/10 | Northampton | Northampton PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| 3-16-15 Gyp. S.O | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☒ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2) $ ☐ WAIVED<br>Counsel Contribution (211D § 2) $ ☐ WAIVED |
| | Terms of release set: ☐ PR ☐ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED<br>Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| | Arraigned and advised:<br>☐ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A) $ ☐ WAIVED<br>Bail Order Forfeited<br>Advised of right to jury trial:<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive |
| | Abuse Allegation:<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4)<br>Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/ STOP |
|---|---|---|---|---|---|
| 1 | 03/16/2015 | Arraignment | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd | Gyp. S.O | |
| 2 | 4-10-15 | PT | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd | Gyp. S.O | |
| 3 | 5-15-15 | PT | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd NFE | [illegible] | |
| 4 | 6-5-15 | PT | ☐ Held ☒ Not Held but Event Resolved ☐ Cont'd | Goggins J. | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

APPROVED ABBREVIATIONS
ARR = Arraignment PTH = Pretrial hearing DCE = Discovery compliance & jury selection BTR = Bench trial JTR = Jury trial PCH = Probable cause hearing MOT = Motion hearing SRE = Status review SRP = Status review of payments FAT = First appearance in jury session SEN = Sentencing CWF = Continuance-without-finding scheduled to terminate PRO = Probation scheduled to terminate DFTA = Defendant failed to appear & was defaulted WAR = Warrant issued WARD = Default warrant issued WR = Warrant or default warrant recalled PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|
| | X | | |

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Vincente Gonzalez | DOCKET NUMBER 1545CR000305 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 3.16.15 | STATEMENT OF FACTS, FILED |
| 6.5.15 #1 @ 926 | COLLOQUY GIVEN Goggins J. TENDER OF PLEA OR ADMISSION FORM FILED AND WAIVER SIGNED. ADA Russo |

APPROVED ABBREVIATIONS
ARR = Arraignment PTH = Pretrial hearing DCE = Discovery compliance & jury selection BTR = Bench trial JTR = Jury trial PCH = Probable cause hearing MOT = Motion hearing SRE = Status review
SRP = Status review of payments FAT = First appearance in jury session SEN = Sentencing CWF = Continuance-without-finding scheduled to terminate PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted WAR = Warrant issued WARD = Default warrant issued WR = Warrant or default warrant recalled PVH = probation revocation hearing.

# CRIMINAL DOCKET - OFFENSES

DEFENDANT NAME: Vincente Gonzalez

DOCKET NUMBER: 1545CR000305

COUNT / OFFENSE: 1 ELECTRIC STUN GUN, SELL/POSSESS c141 §31J

DISPOSITION DATE AND JUDGE: 6-5-15 Goggins, J.

DISPOSITION METHOD
- ☒ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| 1000 | | | | |
| **HEAD INJURY ASMT** | **RESTITUTION** | **V/W ASSESSMENT** | **BATTERER'S FEE** | **OTHER** |
| | | 50 | | |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

SRP 7-3-15 no ext.
Forfeiture of stun gun.

FINDING
- ☒ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

---

COUNT / OFFENSE:

DISPOSITION DATE AND JUDGE:

DISPOSITION METHOD
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| | | | | |
| **HEAD INJURY ASMT** | **RESTITUTION** | **V/W ASSESSMENT** | **BATTERER'S FEE** | **OTHER** |
| | | | | |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

FINDING
- ☐ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

---

COUNT / OFFENSE:

DISPOSITION DATE AND JUDGE:

DISPOSITION METHOD
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| | | | | |
| **HEAD INJURY ASMT** | **RESTITUTION** | **V/W ASSESSMENT** | **BATTERER'S FEE** | **OTHER** |
| | | | | |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

FINDING
- ☐ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)